PER CURIAM.
Affirmed. Thornton v. DeBerry, 548 So.2d 1177, 1179 (Fla. 4th DCA 1989); Inter-American Sunbelt Corp. v. Borozny, 512 So.2d 287, 288 (Fla. 3d DCA 1987); Florida Patient’s Compensation Fund v. Florida Physicians’ Ins. Reciprocal, 507 So.2d 778, 779 (Fla. 3d DCA 1987); Adams v. Knabb Turpentine Co., 435 So.2d 944, 946 (Fla. 1st DCA 1983); Hu v. Crockett, 426 So.2d 1275, 1281 (Fla. 1st DCA 1983); Hughes Supply, Inc. v. Pearl, 403 So.2d *44 614, 615 (Fla. 4th DCA 1981); § 47.122, Fla.Stat. (1989).